UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PAMELA M. GRAY,

                        Plaintiff,

          -against-

GROUP HOME,
                        Defendant.
----------------------------------------------------------X

ORDER
13-CV-4831 (SJF)(WDW)

FEUERSTEIN, District Judge:

On August 23, 2013, *pro se* plaintiff Pamela M. Gray ("plaintiff") filed a civil rights complaint in this Court pursuant to 42 U.S.C. § 1983 ("Section 1983") against defendant Group Home ("defendant"), accompanied by an application to proceed *in forma pauperis*. By order dated October 10, 2013, plaintiff's application to proceed *in forma pauperis* was granted, but the complaint was *sua sponte* dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for relief unless plaintiff filed an amended complaint in accordance with that order on or before November 12, 2013. Since plaintiff has not filed an amended complaint in accordance with the October 10, 2013 order, nor sought an extension of time to do so, the complaint is *sua sponte* dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for relief.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

**SO ORDERED.**

                                          s/ Sandra J. Feuerstein
                                          Sandra J. Feuerstein
                                          United States District Judge

Dated: November 18, 2013
       Central Islip, New York